# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
MDD_SAGchambers@mdd.uscourts.gov

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**

February 17, 2021

Donald McDuffin Williams
62055-037
Federal Correctional Complex-Petersburg
P.O. Box 1000
Petersburg, VA 23804

    RE: Donald McDuffin Williams v. Midwest Recovery System, LLC
      Civil Action No. SAG-20-204

Dear Mr. Williams,

  I have received your Motion for Default Judgment, ECF 20. Federal Rule of Civil Procedure 55 governs a two-step process for obtaining default judgment against parties who fail to respond. Obtaining a default judgment is a two-step process. A party must first obtain a Clerk's Order of Default by filing and serving by mail a motion for entry of default by the Clerk, and then file a separate motion for default judgment. Therefore, your motion for default judgment, ECF 20, is denied without prejudice until the two-step process is followed. I will extend the deadline for your filing to **March 15, 2021**.

  Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

            Sincerely yours,

            /s/

            Stephanie A. Gallagher
            United States District Judge

cc: Midwest Recovery Systems, LLC
   514 Earth City Plaza
   Earth City, Missouri 63045