IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Donald McDuffin Williams,
#62055-037

    Plaintiff,

Civil Action No. SAG-20-0204

v.

Midwest Recovery System, LLC,

    Defendant.

### Request To Enter Default of Midwest Recovery System, LLC

To: The Clerk of the United States District Court For The District of Maryland.

Donald McDuffin Williams requests that the Clerk of this Court enter the default of Midwest Recovery Systems, LLC, defendant for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Donald McDuffin Williams, which shows:

1. Midwest Recovery System was served with the Complaint on February 10, 2020. (Exhibit 1)

2. The Certificate of Service filed with this Court on February 3, 2020 establishes that service was proper pursuant to the Federal Rules of Civil Procedure. (Exhibit 2)

3. Midwest Recovery System has failed to plead or otherwise respond to the Complaint.

4. The Court has lifted the stay of November 25, 2020, ECF 17, and allowed Plaintiff to file a motion for default. Midwest Recovery System, LLC's time for responding has now expired. (Exhibit 3)

5. Midwest Recovery System is not an infant or an incompetent person.

6. Midwest Recovery System is not in military service.

Date: 2-22-2021

Respectfully Submitted
Donald M. Williams
Donald McDuffin Williams #62055-037
Federal Correctional Complex-Petersburg
P.O. Box 1000
Petersburg, Virginia 23804